JS-6

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988
Attorney: RACHEL F. KASHANI, SBN: 283680

Attorney for Defendants FCA US LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN BRUCE; and LOIS PITTER-BRUCE<br><br>        Plaintiffs,<br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>        Defendant. | Case No: CV 20-4106-GW-JPRx<br>Dist. Judge George H. Wu<br>Mag. Judge Jean P. Rosenbluth<br>Courtroom 9D<br><br>**ORDER** |

The Stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 25, 2021

*/s/ George H. Wu*

HON. GEORGE H. WU,
United States District Judge

1

[PROPOSED] ORDER